IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio corporation, | ) ) ) | Case No. CV-22-17-BU-BMM |
| Plaintiff, | ) ) | ORDER ALLOWING |
| v. | ) ) ) | DEFENDANT NORTHLAND TO APPEAR BY TELEPHONE ON DEFENDANTS NEALS' |
| THE SPIRIT HILLS., HOMEOWNERS' ASSOCIATION, TERRY NEAL, KELLI NEAL, JAYSON THOMPSON, HEIDI THOMPSON, NORTHLAND CASUALTY COMPANY, and DOES 1-50, | ) ) ) ) ) ) ) | MOTION TO DISMISS |
| Defendants. | ) | |

Upon the Unopposed Motion of Defendant Northland Casualty Co. to appear by phone at the time set for hearing on Defendants Terry Neal and Kelli Neal's Motion to Dismiss and for GOOD CAUSE shown, IT IS HEREBY ORDERED that Defendant Northland shall appear on July 12, 2022 at 9:00 a.m. in Court for the hearing on Defendants Neals' Motion by ZOOM.  The Court will e-mail

1

Defense Counsel the Zoom link.

DATED 12th day of July 2022.

_____
Brian Morris, Chief District Judge
United States District Court