UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TERRY NEAL AND KELLI NEAL,<br><br>　　　　　　　Defendant. | Case No. CV-22-17 -GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED Defendants Terry Neal and Kelli Neal's Motion to Dismiss Without Prejudice is GRANTED.

Dated this 29th day of July, 2022.

　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　By: /s/ M. Stewart
　　　　　　　　　　　　　　M. Stewart, Deputy Clerk