IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE SPIRIT HILLS HOMEOWNERS' ASSOCIATION, TERRY NEAL, KELLI NEAL, JAYSON THOMPSON, HEIDI THOMPSON, NORTHLAND CASUALTY COMPANY, and DOES 1-50,<br><br>Defendants. | CV-22-17-BU-BMM<br><br><br><br>**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE HEARING** |

Upon consideration of Defendant Northland's Unopposed Motion to Continue Hearing and good cause appearing,

IT IS HEREBY ORDERED that the hearing currently set for April 13, 2023 at 10:00 a.m. is CONTINUED to April 25, 2023 at 10:00 a.m. at the Missouri River Federal Courthouse, Great Falls, Montana.

DATED 6th day of April, 2023.

_____
Brian Morris, Chief District Judge
United States District Court