PATRICK R. WATT
HEATHER M. STARNES
Jardine, Stephenson, Blewett & Weaver, P.C.
U.S. Bank Building, Suite 700
300 Central Avenue
P.O. Box 2269
Great Falls, MT 59403-2269
(406) 727-5000
pwatt@jardinelaw.com
hstarnes@jardinelaw.com

*Attorneys for PLAINTIFF*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE SPIRIT HILLS HOMEOWNERS' ASSOCIATION, TERRY NEAL, KELLI NEAL, JAYSON THOMPSON, HEIDI THOMPSON, NORTHLAND CASUALTY COMPANY, and DOES 1-50,<br><br>Defendants. | Cause No.   CV-22-17-BU-BMM<br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed that the above-titled action, by Scottsdale Insurance Company, as Plaintiff, and Spirit Hills Homeowners' Association and Northland Casualty Company, as Defendants, and all complaints, claims, and

counterclaims herein are hereby dismissed with prejudice with all Parties bearing their respective costs herein.

DATED this 10th day of April, 2024.

    JARDINE, STEPHENSON, BLEWETT & WEAVER, P.C.

    By   /s/ Patrick R. Watt
       Patrick R. Watt, Attorneys for Scottsdale
       Insurance Company

    UGRIN ALEXANDER ZADICK, P.C.

    By:/s/ Gary M. Zadick
       Gary M. Zadick, Attorneys for The Spirit Hills
       Homeowners' Association

    FAURE HOLDEN ATTORNEYS AT LAW, P.C.

    By: /s/ Katie R. Ranta
       Katie R. Ranta, Attorneys for Northland Casualty Co.