# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE SPIRIT HILLS HOMEOWNERS' ASSOCIATION, TERRY NEAL, KELLI NEAL, JAYSON THOMPSON, HEIDI THOMPSON, NORTHLAND CASUALTY COMPANY, and DOES 1-50,<br><br>Defendants. | Cause No.  CV-22-17-BU-BMM<br><br><br>**ORDER - DISMISSAL WITH PREJUDICE** |

Based on the Stipulation for Dismissal filed by the Parties, and good cause appearing, IT IS HEREBY ORDERED that the above captioned action is dismissed with prejudice in its entirety, with each party to bear their own associated costs and attorney fees.

DATED this 10th day of April, 2024.

_____
Brian Morris, Chief District Judge
United States District Court